**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **ESTECH SYSTEMS IP, LLC,**<br><br>Plaintiff,<br>**v.**<br><br>**SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,**<br><br>Defendants. | Case No. 2:26-cv-00457-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

Plaintiff Estech Systems IP, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (the "Parties") have met and conferred regarding a proposed Protective Order and have reached an agreement.

The Parties respectfully request entry of the agreed Protective Order, attached as Exhibit 1.

Dated: October 21, 2026

Respectfully submitted,

By: */s/ Fred I. Williams*

Fred I. Williams
Texas State Bar No. 00794855
Lea N. Brigtsen
Texas State Bar No. 24054504
Stephen R. Dartt
Texas State Bar No. 24042370
WILLIAMS SIMONS & LANDIS PC
The Littlefield Building
106 East Sixth Street, Suite 900-168
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com
lbrigtsen@wsltrial.com

sdartt@wsltrial.com

*Attorneys for Plaintiff Estech Systems IP, LLC*

*/s/ Melissa R. Smith*
Melissa R. Smith
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Tel.: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com

Steven Pepe
(NY Bar No. 2810430)
Matthew R. Shapiro
(NY Bar No. 5102017)
Alexander E. Middleton
(NY Bar No. 4797114)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112-0015
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
Spepe@sheppard.com
mshapiro@sheppard.com
amiddleton@sheppard.com

Davis S. Chun
(CA Bar No. 315958)
James L. Davis, Jr.
(CA Bar No. 304830)
Dongjae Lee
(CA Bar No. 368853)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone: (650) 815-2600
Facsimile: (650) 815-2601
dchun@sheppard.com
jdavis@sheppard.com
dolee@sheppard.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants and counsel for Plaintiff met and conferred, and all Parties agree to filing the foregoing document as a joint motion.

*/s/ Fred I. Williams*
Fred I. Williams

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 21, 2026, the undersigned caused a copy of the foregoing document to be served on all counsel of record via the Court's CM/ECF Systems, pursuant to Feder Rules of Civil Procedure.

*/s/ Fred I. Williams*
Fred I. Williams